**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

DAVID DEUTSCH,

Plaintiff,

vs.                                                                  Case No.: 10-80934-CIV-Cohn/Seltzer

REDLINE RECOVERY SERVICES, LLC,

Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), DAVID DEUTSCH, Plaintiff herein, voluntarily dismiss without prejudice the above-entitled action as to REDLINE RECOVERY SERVICES, LLC, Defendant herein.

Dated:  August 30, 2010                                       Respectfully submitted,

                                                                              /s Andrew I. Glenn
                                                                              Andrew I. Glenn
                                                                              E-mail: Andrew@floridaovertimeattorneys.com
                                                                              Florida Bar No.: 577261
                                                                              J. Dennis Card, Jr.
                                                                              E-mail: Dennis@floridaovertimeattorneys.com
                                                                              Florida Bar No. 0487473
                                                                              Card & Glenn, P.A.
                                                                              2501 Hollywood Boulevard, Suite 100
                                                                              Hollywood, Florida 33020
                                                                              Telephone: (954) 921-9994
                                                                              Facsimile: (954) 921-9553
                                                                              Attorneys for Plaintiff